**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 26-cv-3152-WJM

ABDOUL SAO,

     Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver
Contract Detention Facility, *et al*.

     Respondents.

---

**ORDER DIRECTING RESPONDENTS TO SHOW CAUSE AND
SETTING BRIEFING SCHEDULE**

---

Before the Court is Petitioner Abdoul Sao's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2241 ("Petition")  (ECF No. 1); and Motion for Temporary Restraining Order and/or Preliminary Injunction ("Motion") (ECF No. 3).

Upon review of the Petition, it is ORDERED that Petitioner shall serve Respondents Juan Baltazar, in his official capacity as Warden of the Denver Contract Detention Facility; George Valdez, in his official capacity as Field Office Director, Denver Field Office for U.S. Immigration and Customs Enforcement; Markwayne Mullin, in his official capacity as Secretary of U.S. Department of Homeland Security; David Venturella, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; and Todd Blanche, in his official capacity as Acting Attorney General of the United States Department of Justice, with a copy of the Petition, the Motion, and all accompanying papers, along with a copy of this Order, **by electronic mail on or before July 16, 2026**.

Petitioner shall forthwith file proof of such service on the docket, and counsel for Respondents shall forthwith thereafter enter their notices of appearance.

The Court further ORDERS Respondents to Show Cause why both the Petition and the Motion should not be granted by no later than **July 23, 2026**.  Upon receipt of this Response, the Court will determine whether it will require a Reply from the Petitioner.

**Finally, pursuant to the All Writs Act, 28 U.S.C. § 1651, and in order to preserve this Court's jurisdiction, Respondents are hereby ENJOINED from removing, transferring, or causing to remove or transfer, Petitioner from the District of Colorado until such time as this Court, or the Tenth Circuit Court of Appeals, vacates this Order.**

Dated this 15th day of July, 2026.

BY THE COURT:

_____
William J. Martinez
Senior United States District Judge

2