**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03152-WJM

ABDOUL SAO,

Petitioner,

v.

JUAN BALTAZAR in his capacity as Warden of the Denver Contract Detention Facility Aurora Colorado,
GEORGE VALDEZ, in his official capacity as Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security,
DAVID J. VENTURELLA, in his official capacity as Acting Director of Immigration and Customs Enforcement,
TODD BLANCHE, in his capacity as Acting Attorney General, U.S. Department of Justice,

Respondents.

---

# FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Petition for Writ of Habeas Corpus [ECF 12] entered by United States District Judge William J. Martinez on July 23, 2026, it is

ORDERED that the Court's [ECF 8] Order to Show Cause is MADE ABSOLUTE and Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 [ECF 1] is GRANTED. It is further

ORDERED that Petitioner shall have his costs in compliance with Local Rule 54.1. It is further

ORDERED that should the Petitioner believe he has a good faith basis to seek attorney fees pursuant to the Equal Access to Justice Act, he is GRANTED leave to file a motion seeking same.

This case will be closed.

DATED at Denver, Colorado, this 6th day of August, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: *s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk